IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
Eastern Division

| | | |
|---|---|---|
| GSRP LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:26-CV-1388 SRW |
| | ) | |
| EXPRESS SCRIPTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DISMISSAL WITHOUT PREJUDICE**

As authorized by Rule 41(A)(i) of the federal rules of civil procedure, plaintiff GSRP LLC dismisses without prejudice its complaint against Express Scripts, Inc.

This dismissal is as a matter of right in that defendant has not yet filed either an answer or a motion for summary judgment.

JACOBSON PRESS P.C.

By: /s/ Joe D. Jacobson
Joe D. Jacobson #33715MO
222 South Central Ave., Suite 550
Clayton, Missouri 63105
Direct: (314) 899-9790
Jacobson@ArchCityLawyers.com

Attorneys for plaintiff GSRP LLC

## CERTIFICATE OF SERVICE

The filing attorney certifies that on October 12, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic case filing system upon all participants in the Court's electronic case filing system.

The filing attorney further certifies that on October 13, 2026, a physical copy of the foregoing will be served on defendant Express Scripts, Inc., by U.S. Mail, first-class postage prepaid, addressed to:

Express Scripts, Inc.
c/o C T Corporate Systems, Registered Agent
5661 Telegraph Road, Suite 4B
Saint Louis, MO 63129-4275

## CERTIFICATE OF SERVICE

The filing attorney certifies that on October 12, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic case filing system upon all participants in the Court's electronic case filing system and was also mailed by U.S. Mail, first-class postage prepaid, to:

C T Corporation System
Registered Agent for Express Scripts, Inc.
5661 Telegraph Rd Ste 4B
Saint Louis, MO 63129-4275